JACOB FISHER, *Respondent, v.* STEPHEN M. CORWIN, *Appellant.* — Judgment reversed and new trial ordered before another referee, costs to abide event, unless plaintiff stipulates to reduce the recovery to the sum of sixty-one dollars and twenty-five cents,

with interest from the date of the report, and in that case the judgment as so reduced affirmed.